1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant WILLIAMS

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                     OAKLAND DIVISION

10 UNITED STATES OF AMERICA,           )   No. CR-07-00642 SBA
                                       )
11         Plaintiff,                  )   STIPULATED REQUEST TO CONTINUE
                                       )   HEARING DATE TO FEBRUARY 17,
12    v.                               )   2009 AND TO EXCLUDE TIME UNDER
                                       )   THE SPEEDY TRIAL ACT AND ORDER
13                                     )
   ERIC PAUL WILLIAMS,                 )
14                                     )   Date:  January 20, 2009
           Defendant.                  )   Time:  9:00 a.m.
15                                     )
                                       )
16

17     The above-captioned matter is set on January 20, 2009 before this Court for a status

18 hearing. The parties jointly request that this Court continue the matter to February 17, 2009 at

19 9:00 a.m. and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§

20 3161(h)(8)(A) and (B)(iv), between the date of this stipulation and February 17, 2009.

21     This is a felon in possession of a firearm case, and defendant made his initial appearance

22 on November 13, 2008. The current status of the case is that the parties are engaged in plea

23 negotiations and anticipate coming to an agreed-upon resolution of this case. However, the

24 defense requires investigation and review of additional records which may be relevant to any

25 negotiated disposition of the case. For example, defense counsel needs to obtain records of prior

26 convictions to confirm that certain priors qualify for enhancements under the Sentencing

1  Guidelines.  The defense has requested these records but has not yet received them.

2  Additionally, last month defense counsel requested an ATF evidence view but the evidence was

3  in the lab for analysis.  Now that the evidence is available for inspection, the ATF agent and

4  defense counsel have scheduled an evidence view for January 22, 2009, the only date in the next

5  week when both sides are available.

6      The requested continuance will allow the defense to complete its investigate of the

7  underlying facts of the case, to obtain and review necessary records, to conduct an evidence

8  review and for the parties to continue their plea negotiations.  The failure to grant such a

9  continuance would unreasonably deny counsel for the defendant the reasonable time necessary

10  for effective preparation, taking into account the exercise of due diligence.

11      The parties further stipulate and agree that the time from January 20, 2009 to February

12  17, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18

13  U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

14

15  DATED: January 12, 2009                     /S/
                                              ANDREW HUANG
16                                       Assistant United States Attorney

17
    DATED: January 12, 2009                     /S/
18                                            ANGELA M. HANSEN
                                         Assistant Federal Public Defender
19

20      I hereby attest that I have on file all holographed signatures for any signatures indicated
    by a conformed signature (/s/) within this e-filed document.
21

22

23

24

25

26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-07-642 SBA                    2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from January 20, 2009 until February 17, 2009, outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and the collection and review of records are necessary to the defense preparation of the case.

2. Given counsel's need to complete an investigation, obtain additional records and to conduct an evidence view, the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

Based on these findings, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS FURTHER ORDERED that the STATUS date of January 20, 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for February 17, 2009, at 9:00 a.m.

DATED:_1/13/09

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge