1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-07-00642 SBA |
|---|---|---|
| Plaintiff, | ) ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 17, 2009 |
| v. | ) ) | AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER |
| ERIC PAUL WILLIAMS, | ) ) | |
| Defendant. | ) ) | Hearing Date: March 3, 2009 Time:         9:00 a.m. |
| | ) | |

The above-captioned matter is set on March 3, 2009 before this Court for status and a possible change of plea hearing. The parties jointly request that this Court continue the matter to March 17, 2009 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(8)(A) and (B)(iv), between the date of this stipulation and March 17, 2009.

This is a felon in possession of a firearm case. The current status of the case is that the parties are engaged in plea negotiations and anticipate coming to an agreed-upon resolution of this case. However, the defense requires investigation and review of additional records which may be relevant to any negotiated disposition of the case. For example, defense counsel needs to investigate whether an enhancement applies under the Sentencing Guidelines.

The requested continuance will allow the defense to complete its investigation and for the

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-07-642 SBA

1  parties to continue their plea negotiations.  The failure to grant such a continuance would

2  unreasonably deny counsel for the defendant the reasonable time necessary for effective

3  preparation, taking into account the exercise of due diligence.

4      Additionally, defense counsel will be in trial before Judge Jensen and unavailable on

5  March 3, 2009.

6      For these reasons, the parties stipulate and agree that the time from March 3, 2009 to

7  March 17, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act,

8  18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel and for continuity of

9  defense counsel.

10

11  DATED: February 24, 2009            /S/
                                        ANDREW HUANG
12                                      Assistant United States Attorney

13
    DATED: February 24, 2009            /S/
14                                      ANGELA M. HANSEN
                                        Assistant Federal Public Defender
15

16  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

17  "conformed" signature (/S/) within this e-filed document.

18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-07-642 SBA                    2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. The ends of justice served by the granting of the continuance from March 3, 2009 until March 17, 2009, outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation is necessary to the defense preparation of the case,

2. Given counsel's need to complete its investigation regarding Mr. Williams' Sentencing Guidelines, the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence,

3. Given that defense counsel will be in trial before Judge Jensen and unavailable on March 3, 2009, the failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel,

Based on these findings, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(8)(A) and (B)(iv).

IT IS FURTHER ORDERED that the STATUS date of March 3, 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for March 17, 2009, at 9:00 a.m.

DATED: 2/25/09

*Saundra B Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge