STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA HANSEN
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:     (510) 637-3500
Facsimile:     (510) 637-3507
Email: Angela_Hansen@fd.org


Counsel for Defendant WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC PAUL WILLIAMS,<br><br>Defendant | **Case No.:** CR 07–00642 SBA [KAW]<br><br>**STIPULATED REQUEST TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING DATE TO SEPTEMBER 29, 2017 AND [PROPOSED] ORDER** |

  The above-captioned matter is set on September 18, 2017 for a supervised release violation status hearing based on allegations in a Form 12 Petition that Mr. Williams violated his supervised release. The parties jointly request that the Court continue this matter to September 29, 2017, for a status hearing.

  The reasons for this request is that counsel for Mr. Williams is unavailable on September 18, 2017. In addition, defense counsel would like additional time to investigate the charges in the Form 12 petition. The parties conferred with the probation officer assigned to this case, and he is available on the requested date.

1

Because this case involves an allegation that Mr. Williams violated the terms of his supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not apply.

DATED: September 12, 2017         / S /
ZACHARY GLIMCHER
Assistant United States Attorney

DATED: September 12, 2017         / S /
ANGELA MILELLA HANSEN
Assistant Federal Public Defender

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12 petition has been filed alleging that Mr. Williams violation the terms of his supervised release;

2. Given that defense counsel is not available on September 18, 2017 and that defense counsel needs additional time to investigate the allegations in the Form 12 Petition;

3. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the September 18, 2017 supervised release violation hearing date is vacated and reset to September 29, 2017, at 9:30 a.m., for a status hearing.

IT IS SO ORDERED.

September 12, 2017

THE HON. KANDIS A. WESTMORE
United States Magistrate Judge