1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   ANGELA HANSEN
3  Assistant Federal Public Defender
   1301 Clay Street, Suite 1350N
4  Oakland, CA 94612
   Telephone:    (510) 637-3500
5  Facsimile:    (510) 637-3507
   Email: Angela_Hansen@fd.org
6

7  Counsel for Defendant WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 07–00642 SBA |
|---|---|
| Plaintiff, | |
| v. | **STIPULATED REQUEST TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING DATE TO OCTOBER 11, 2017 AND [PROPOSED] ORDER** |
| ERIC PAUL WILLIAMS, | |
| Defendant. | |

The above-captioned matter is set on September 29, 2017 for a supervised release violation status hearing based on allegations in a Form 12 Petition that Mr. Williams violated his supervised release. The parties jointly request that the Court continue this matter to October 11, 2017, for a status hearing.

The reasons for this request is that the probation office is unavailable on September 29, 2017. In addition, defense counsel would like additional time to investigate the charges in the Form 12 petition. The parties conferred with the probation office and the new requested date is acceptable.

Because this case involves an allegation that Mr. Williams violated the terms of his

supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not apply.

DATED: September 26, 2017                                  / S /
                                                            ELLEN SWAIN
                                                            Assistant United States Attorney

DATED: September 26, 2017                                  / S /
                                                            ANGELA MILELLA HANSEN
                                                            Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12 petition has been filed alleging that Mr. Williams violation the terms of his supervised release;
2. Given that the probation office is not available on September 29, 2017 and that defense counsel needs additional time to investigate the allegations in the Form 12 Petition;
3. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the September 29, 2017 supervised release violation hearing date is vacated and reset to October 11, 2017, at 9:30 a.m., for a status hearing.

IT IS SO ORDERED.

September 26, 2017

THE HON. KANDIS A. WESTMORE
United States Magistrate Judge