1 JULIANA DROUS
Attorney at Law SB#92156
2 214 Duboce Avenue
San Francisco, California 94103
3 Telephone: (415) 863-3580
Facsimile: (415) 255-8631
4 jdrous@msn.com

5 Attorney for Defendant ERIC WILLIAMS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES, | ) CR 07-00642 SBA |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
|  | ) **ORDER RE: CONTINUANCE OF COURT** |
| v. | ) **DATE** |
| ERIC WILLIAMS, | ) |
| Defendant | ) |

IT IS HEREBY STIPULATED, by the parties, that the court date currently scheduled on October 16,, 2018, at 9:30 a.m. for status hearing, before the Honorable Kandis A. Westmore, be continued to October 31, 2018, at 9:30 a.m.


DATED: October 4, 2018            /s/
                                  JULIANA DROUS
                                  Attorney for Defendant
                                  ERIC WILLIAMS

DATED: October 4, 2018            /s/
                                  MAUREEN BESSETTE
                                  Asst. United States Attorney

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that the court proceeding currently scheduled on October 16, 2018 at 9:30 a.m., be continued to October 31, 2018, at 9:30 a.m. .

DATED: 10/12/18

_____
MAGISTRATE KANDIS A. WESTMORE